UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KEENON J. FARR,

    Defendant.

Case No. 4:15-cr-40055-JPG-4

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on defendant Keenon J. Farr's motion to withdraw. (Doc. 199.) Farr had previously filed a motion that attacked his criminal sentence, but the Court explained to Farr that (1) the relief he sought was only available through a habeas petition, and (2) that if Farr did not withdraw his motion, the Court would consider it as a § 2255 motion and subject it to the law's second or successive restrictions. (Docs. 197, 198.) In response, Farr indicates that he wishes to withdraw his original motion. Accordingly, the Court **GRANTS** Farr's motion to withdraw (Doc. 199) and **FINDS AS MOOT** his prior motion for relief (Doc. 197).

**IT IS SO ORDERED.**

**DATED:  JUNE 5, 2018**

                                                 *s/ J. Phil Gilbert*
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**